1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   HEIDI A. OJEDA
3  Assistant Federal Public Defender
   411 E. Bonneville Avenue, Suite 250
4  Las Vegas, Nevada 89101
   (702) 388-6577
5  (Fax) 388-6261

6  Attorneys for Jaime Vigil-Castro

7                          UNITED STATES DISTRICT COURT

8                                DISTRICT OF NEVADA

| | |
|---|---|
| 9    UNITED STATES OF AMERICA, | 2:13-cr-195-APG-GWF |
| 10           Plaintiff, | 2:13-cr-403-KJD-GWF |
| 11    vs. | **STIPULATION TO JOIN CASES FOR SENTENCING** |
| 12    JAIME VIGIL-CASTRO, | |
| 13    aka Juan Perez-Acosta, | |
| 14           Defendant. | |

15         IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United

16 States Attorney, and Robert Bork Assistant United States Attorney, counsel for the United States of

17 America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal

18 Public Defender, counsel for JAIME VIGIL-CASTRO, who hereby stipulate to this Honorable Court

19 for an order joining the above cases for purposes of plea and sentencing.

20         This Stipulation is entered into for the following reasons:

21         1.      On May 29, 2013, Defendant was indicted for a violation of 8 U.S.C. § 1326 in case

22 styled 2:13-cr-195-APG-GWF. (CR 1.)  Mr. Vigil-Castro entered into a plea agreement with the

23 Government and entered a plea of guilty to the single-count Indictment on July 31, 2013.  Sentencing

24 in this matter is currently set for February 5, 2014.

25         2.      On December 4, 2013, the Defendant Jaime Vigil-Castro made his initial appearance

26 before the Court on a Petition for Warrant for Offender Under Supervision in the case styled 2:13-cr-

27 403-KJD-GWF. (CR 6.)  Jurisdiction of the Petition for Warrant for Offender Under Supervised

28 Release was originally in Texas.  Jurisdiction was transferred from Texas on November 14, 2013.

1 (CR4.) The revocation hearing in this matter is currently scheduled for December 17, 2013 before Judge Dawson.

3. Counsel requests the court vacate the currently scheduled revocation hearing in case 2:13-cr-403-KJD-GWF, consolidate these cases and be reassigned before the Honorable Judge Andrew P. Gordon for purposes of sentencing.

4. Defendant will admit the facts to the underlying petition for revocation.

5. Counsel agree to join these two cases for the purposes of sentencing.

6. In light of the foregoing, it would be in the interest of judicial economy to join these cases before one single Judge for sentencing. The defendant respectfully requests that this court enter an Order joining the above cases for the purposes of sentencing.

7. Any additional delay in time by granting this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

DATED this 10th day of December, 2013.

| RENE L. VALLADARES | DANIEL G. BOGDEN |
| Federal Public Defender | United States Attorney |

*/s/ Heidi A. Ojeda* */s/ Robert Bork*
By_____  By_____
HEIDI A. OJEDA                ROBERT BORK
Assistant Federal Public Defender   Assistant United States Attorney
Counsel for Defendant         Counsel for Plaintiff

```
                 UNITED STATES DISTRICT COURT

                       DISTRICT OF NEVADA
                            * * *
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAIME VIGIL-CASTRO,<br>aka Juan Perez-Acosta,<br><br>　　　　Defendant, | 2:13-cr-195-APG-GWF<br>2:13-cr-403-KJD-GWF<br><br>**ORDER** |

　　　Based upon the foregoing stipulation and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the above cases are joined for the purposes of sentencing, and shall hereafter be assigned the case number of __2:13-cr-195-APG-GWF__.

　　　DATED December 11, 2013.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE